**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**AMERICA II ELECTRONICS, LLC,**

      **Plaintiff,**

**vs.**

**Case No. _____**

**PATRICK O'BRIEN and VELOCITY**
**ELECTRONICS CORP.,**

      **Defendants.**

## DEFENDANTS' NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants PATRICK O'BRIEN and VELOCITY ELECTRONICS CORP (hereinafter "Defendants"), removes this action from the Circuit Court for the Sixth Judicial Circuit, in and for Pinellas County, Florida to the United States District Court for the Middle District of Florida, Tampa Division.  As grounds for removal and for no other purpose, Defendants state:

1.      On June 8, 2020, Plaintiff America II Electronics, LLC ("Plaintiff") commenced an action in the Circuit Court for the Sixth Judicial Circuit, in and for Pinellas County, Florida, captioned *America II Electronics, LLC v. Patrick O'Brien and Velocity Electronics Corp.*, Case No. 20-002750-CI (the "State Court Action").

2.      Defendants were served the Complaint in the State Court Action on June 19, 2020.

3.      Defendants are filing this Notice of Removal within thirty (30) days after service of the Summons and Complaint.  The date on or before which Defendants are required by law to remove this action is July 20, 2020.  Additionally, pursuant to 28 U.S.C. §1446(c)(1), Defendants

remove this claim on the basis of diversity jurisdiction within one year after the commencement of the action. Therefore, this Notice of Removal is timely filed under the provisions of 28 U.S.C. § 1446(b).

4.      The Circuit Court for the Sixth Judicial Circuit, in and for Pinellas County, Florida is located within the Middle District of Florida, Tampa Division.  Thus, venue is proper in this Court because it is the "district and division embracing the place where such [state court] action is pending."  28 U.S.C. §1441(a).

5.      In accordance with 28 U.S.C. §1446(a) a copy of the entire court file in the State Court Action, including all pleadings and papers that have been filed and served on Defendants in the State Court Action, is attached to this Notice as **Exhibit A**.

6.      Promptly upon filing this Notice of Removal, Defendants will give written notice to Plaintiff's counsel and will file a copy of this Notice of Removal with the Circuit Court for the Sixth Judicial Circuit in and for Pinellas County, Florida, as required by 28 U.S.C. §1446(d). Attached to this Notice as **Exhibit B** is a copy of the Notice of Defendants' Notice of Removal to Federal Court which is being filed in the Circuit Court for the Sixth Judicial Circuit in and for Pinellas County, Florida.

## This Court Has Diversity Jurisdiction<br>Over Plaintiff's Complaint

7.      As explained in more detail below, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332, in that it is a civil action in which the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs and is between citizens of different states. Consequently, this action is subject to removal pursuant to 28 U.S.C. § 1441.

8.      Upon information and belief and as alleged in the Complaint, Plaintiff was at the time it commenced this case, and still is, a corporation with its principal place of business in the State of

Florida.  See Complaint, at p. 6 (stating "America II, which maintains its principal place of business in Pinellas County, Florida . . .").  Defendants, however, are not a Florida corporation or resident, which is the state in which Plaintiff commenced this case. At the time Plaintiff commenced this case, Defendant Velocity Electronics Corp. was, and still is, a corporation incorporated only under the laws of Texas, with its principal place of business in Texas.  (**Exhibit C – Division of Corporations Entity Record**). Also, Defendant Patrick O'Brien was, and still is, as citizen of Burlington County, New Jersey. Defendant O'Brien and his counsel concur in the removal of this claim to the U.S. District Court for the Middle District of Florida, Tampa Division. (**Exhibit D – Consent of Removal**)

9.      As pleaded in its Complaint, Plaintiff seeks an award of all damages recoverable under the § 542.335(1)(k), *Florida Statutes*, including compensatory damages and attorneys' fees, costs, and interest.  See Complaint, at p. 40.  Plaintiff clearly seeks an award of damages exceeding $75,000.00, exclusive of interest and costs as it alleges a breach by O'Brien of a written non-solicitation, non-competition and non-disclosure agreement, and tortious interference by Velocity with advantageous business and contractual relationships enjoyed by America II.  (**Exhibit E – Agreement – (Sales/Purchasing)**). Furthermore, Plaintiff seeks an unspecified amount for compensatory damages, including, costs, expenses, and attorney's fees.

10.      Based upon the preceding facts, this Court has diversity jurisdiction over this case pursuant to 28 U.S.C. § 1332, and this case is therefore properly removable to this Court pursuant to 28 U.S.C. § 1441(b).

WHEREFORE, Defendants hereby give notice pursuant to 28 U.S.C. § 1446 and 28 U.S.C. § 1332 of the removal of this action from the Circuit Court for the Sixth Judicial Circuit in and for Pinellas County, Florida, to the United States District Court for the Middle District of Florida,

FP 38016129.2

Tampa Division, and request that all further proceedings be conducted in this Court as provided by law.

Dated this 30th day of June 2020.

Respectfully submitted,

/s/ Andrew Froman
Andrew Froman, Esq.
Florida Bar No. 0019429
**FISHER & PHILLIPS LLP**
101 East Kennedy Blvd., Suite 2350
Tampa, Florida 33602
Tel: 813.769.7500
Fax: 813.769.7501
Email: afroman@fisherphillips.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 30th day of June 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to the following counsel of record in the matter and via electronic mail:

Richard C. McCrea, Jr.
West H. Holden
Greenberg Traurg, P.A.
101 E. Kennedy Blvd., STE 1900
Tampa, FL 33602
mccrear@gtlaw.com
holdenw@gtlaw.com

William M. Tambussi, Esq.
Brown & Connery, LLP
360 Haddon Avenue
Westmont, NJ 08108
wtambussi@brownconnery.com

/s/ Andrew Froman
Attorney

FP 38016129.2